UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGEL CRUZ CASTRO,

   Plaintiff,

v().                                            Case No: 8:14-cv-1724-T-36EAJ

SOUTHEAST LINEN ASSOCIATES, INC.
and FLORIDA'S FINEST LINEN, INC.,

   Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Elizabeth A. Jenkins on November 24, 2014 (Doc. 17). In the Report and Recommendation, Magistrate Judge Jenkins recommends that the Court grant the parties' Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice (Doc. 13). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

   **ORDERED AND ADJUDGED**:

   (1)   The Report and Recommendation of the Magistrate Judge (Doc. 17) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

   (2)   The parties' Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice (Doc. 13) is **GRANTED.** The Settlement (Doc. 13 - Exs. A, B) is

**APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3)     This action is **DISMISSED**, with prejudice.

(4)     The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on January 7, 2015.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record